# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ADAMSON,<br><br>Defendant. | 16-po-5016-JTJ<br>VIOLATION:<br>6027064<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay a fine amount of $800.00 and a $30.00 processing fee for VN 6027064. The Defendant shall pay the fine amount of $830.00 in monthly payments of $100.00, with the first payment being submitted on or before January 1, 2017. The defendant shall pay the entire fine amount in full by September 1, 2017. Payments should be mailed to the following address:

    Clerk of Court
    United States District Court
    Missouri River Courthouse
    125 Central Avenue West, Suite 110
    Great Falls, MT 59404

The check(s) should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the defendant shall submit documentation of successful completion of ACT or Prime for Life, or similar course, to the Court on or before September 1, 2017. The defendant shall mail the documentation to the Clerk of Court at the address listed above. The defendant shall pay any and all expenses incurred from completing the above referenced condition.

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for December 8, 2016, is VACATED.

DATED this 30th day of November, 2016.

John Johnston
United States Magistrate Judge